# DISTRICT OF COLUMBIA ET AL. v. TRI COUNTY INDUSTRIES, INC.

No. 99–1953.   Argued January 10, 2001—Decided January 17, 2001

*Charles L. Reischel,* Deputy Corporation Counsel for the District of Columbia, argued the cause for petitioners.   With him on the briefs were *Robert R. Rigsby,* Corporation Counsel, and *Donna M. Murasky,* Senior Assistant Corporation Counsel.

*Frank J. Emig* argued the cause and filed a brief for respondent.*

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

---

*\*Jeffrey Robert White* and *Frederick M. Baron* filed a brief for the Association of Trial Lawyers of America as *amicus curiae* urging affirmance.